# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Norma Esperanza Diaz, et al.
                              Plaintiff,

v.                                          Case No.: 1:16−cv−07952
                                            Honorable John J. Tharp Jr.

EK Cleaners, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 10, 2017:

MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Defendants' Motion to Dismiss [15] briefing schedule is as follows: Plaintiff's response due by 1/31/17; Defendants' reply is due by 2/15/17; Defendants' sur−reply is due by 3/1/17. Once the motion is fully briefed, the court will rule via CM/ECF as appropriate. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.